STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

Michael Benny Miller
Miller & Associates
PO Drawer 1630
Crowley LA 70527

> Judgment on rehearing rendered and mailed to all parties or counsel of record on December 29, 2022

**REHEARING ACTION: December 29, 2022**

**Docket Number: 22   00260-WCA**

**WILSON SENEGAL
VERSUS
ESIS, INC., ET AL.**

**Appealed from Office of Workers' Compensation - # 3 Case No. 21-02206**

**BEFORE JUDGES:**

**Hon. Sylvia R. Cooks
Hon. Charles G. Fitzgerald
Hon. Gary J. Ortego**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Wilson Senegal** has this day been

**DENIED.**

cc: Thomas Michael Ruli, Counsel for the Appellee
    Thomas J. Wisecarver, Counsel for the Appellee